# United States Bankruptcy Court
## District of Oregon

In re **Western Communications, Inc.**  
Debtor(s)

Case No. **11-37319**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Western Communications, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 23, 2011**  
Date

**/s/ Albert N. Kennedy**  
**Albert N. Kennedy OSB#821429**  
Signature of Attorney or Litigant  
Counsel for **Western Communications, Inc.**  
**Tonkon Torp LLP**  
**1600 Pioneer Tower**  
**888 SW Fifth Ave**  
**Portland, OR 97204-2099**  
**503-221-1440 Fax:503-274-8779**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com　　　　　Best Case Bankruptcy